**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

Refer to: Request Number **2021-01528-FOIA-OS**

**August 09, 2021**

*Sent via email:*

Ms. Marisa A Taylor
Correspondent
Thomson Reuters
6616 Cockerille Avenue
Takoma Park, 20912
marisa.taylor@thomsonreuters.com

# Exhibit 1

Dear Ms. Marisa, A Taylor:

This acknowledges receipt of your August 05, 2021, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning **"1) Analysis, documents or reports related to the performance of contractors or subcontractors awarded contracts by HHS, including APSR and BARDA related to all healthcare, medicines, vaccines, therapies, syringes, respirators and other medical needs for the response to the COVID-19 pandemic from January 1, 2020 to present, including the attached contracts.
2) FDA communications related to the contractor's performance before award or after award. (Date Range for Record Search: From 1/1/2020 To 8/5/2021)"** We received your request on August 05, 2021.

We have initiated a search to locate records falling within the scope of your request. If our searching units advise us that you have requested a voluminous amount of records that require extensive search and examination, my staff will contact you shortly to discuss your willingness to modify your request.

The FOIA requires that we respond to your request within 20 working days of its receipt in this office. Please note the following unusual and exceptional circumstances that will impact our response time: (1) we will need to search for and collect records from components and/or field offices external to this office; and (2) because we receive a very heavy volume of FOIA requests, we will process your request in line with our established policy of "first in, first out" case processing. If either of these circumstances prevents our office from responding within the 20 working day timeframe, we will utilize a 10 working day extension to process your request, as permitted pursuant to the FOIA. This policy is consistent with court decisions regarding FOIA's time limits.

The law authorizes us to collect fees for responding to FOIA requests and assume you are willing to pay any applicable fees for processing this request unless you have stated otherwise. If at any time the fee for processing your request is estimated to exceed $25.00, we will send you an invoice for the estimated fee and suspend further processing until payment of the invoiced amount is received. If the estimated processing fee does not exceed $25.00, we will send you an invoice for the actual fee with our response.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

>HHS FOIA/PA Public Liaison
>FOI/Privacy Acts Division
>Assistant Secretary for Public Affairs (ASPA)
>Office of the Secretary (OS)
>U.S. Department of Health and Human Services (HHS)
>200 Independence Avenue, SW, Suite 729H
>Washington, DC 20201
>
>Telephone:  (202) 690-7453
>Fax: (202) 690-8320
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road – OGIS
>College Park, MD 20740-6001
>
>Telephone:  202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

Any questions regarding the status of this request should be directed to Nida Habib at Nida.Habib@hhs.gov.

>Sincerely yours,
>
>Arianne Perkins
>Director, Initial FOIA Requests
>FOI/Privacy Acts Division

# Exhibit 2

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Friday, September 17, 2021 2:37 PM
**To:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>
**Subject:** RE: 2021-01528-FOIA-OS

Thanks! Do you have a email for the person who is handling this so I don't end up getting lost in the mix?

Appreciate it.

Marisa

**From:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>
**Sent:** Friday, September 17, 2021 1:52 PM
**To:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** [EXT] RE: 2021-01528-FOIA-OS

**External Email:** Use caution with links and attachments.

Hello,

Yes, please reach out the HHS FOIA Office, they should be able to inform you on timing and status.

FM

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Friday, September 17, 2021 12:43 PM
**To:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>
**Subject:** RE: 2021-01528-FOIA-OS

1

Hi again,

Sorry to bother you but I have not heard anything back from anyone on timing and it's been more than a month. Did anyone advise you on the timing? Should I reach out to them? At this point, no one has responded to my FOIA other than you so I don't even know who would be working on this. My number is 202-615-7063 if its easier to give me a quick call.

Thanks very much.

Marisa


**From:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>
**Sent:** Wednesday, September 1, 2021 11:34 AM
**To:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** [EXT] RE: 2021-01528-FOIA-OS


 **External Email:** Use caution with links and attachments.


Hi,


This request is being worked.


FM


**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Wednesday, September 1, 2021 11:29 AM
**To:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>
**Cc:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** RE: 2021-01528-FOIA-OS


Hi,

Any luck?

Thanks very much.


Marisa Taylor
Correspondent

Thomson Reuters

2

https://www.reuters.com/

**(202) 843-6350**

**(202)615-7063 cell**

1333 H St. NW

Washington, DC 20005

Email: Marisa.Taylor@tr.com

Twitter: @marisaataylor

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Friday, August 13, 2021 1:42 PM
**To:** franklin.mcduffie@hhs.gov
**Cc:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** RE: 2021-01528-FOIA-OS

Hi,

Just in case this helps everyone respond to my FOIA, I am interested in the performance analysis so I can tell whether the contractors were able to fulfil the contract in a timely way, and deliver the product or services they were paid for. Or, if the contract deadline had not expired, U.S. government performance indicators could demonstrate that they were performing adequately at this point in the contract. I think a vast majority of these contracts were noncompetitive and being awarded with the aim of delivering an urgent public health need during a pandemic. As a result, it's in the public's interest to understand how these contractors are actually doing now and whether taxpayers got their money's worth.

Thanks again and do not hesitate to ask me for any clarification in the future.

Marisa

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Tuesday, August 10, 2021 10:40 AM
**To:** franklin.mcduffie@hhs.gov
**Cc:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** 2021-01528-FOIA-OS

Hi there,

Thanks for your help with this FOIA. My request is for the **assessments of the actual performance** of the contractors or subcontractors who received pandemic contracts from HHS/APSR/BARDA  from January 1, 2020 to the present. My request is **not for the actual contracts**. I am only interested in how the contractors **have performed** on these contracts and any documents that detail any **performance assessments** by HHS/ASPR/BARDA or any other agency or contractor that would be involved in such an assessment on behalf of HHS.

Also, I am reattaching the spread sheet of the contracts I have identified so far in my reporting that would cover this time period until November 2020 in case it helps your respond to my FOIA request. As I indicated in my request, I would like any performance assessment for these and any others identified by BARDA or APSR as related to the pandemic response **between January 2020 and present. I am willing to accept them on a rolling basis if it is easier or faster to process.**

Please confirm receipt.

Thanks again!

Marisa Taylor
Correspondent

Thomson Reuters

https://www.reuters.com/

**(202) 843-6350**

**(202)615-7063 cell**

1333 H St. NW

Washington, DC 20005

Email: Marisa.Taylor@tr.com

Twitter: @marisaataylor

4

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

Case No. 2021-01528-FOIA-OS

October 12, 2021

**Exhibit 3**

*Sent via email:*

Ms. Marisa A Taylor
Correspondent
Thomson Reuters
6616 Cockerille Avenue
Takoma Park, MD 20912
marisa.taylor@thomsonreuters.com

Dear Ms. Taylor:

This letter is the final response to your August 05, 2021, Freedom of Information Act (FOIA) request.  Specifically, you requested the following records: "1) Analysis, documents or reports related to the performance of contractors or subcontractors awarded contracts by HHS, including APSR and BARDA related to all healthcare, medicines, vaccines, therapies, syringes, respirators and other medical needs for the response to the COVID-19 pandemic from January 1, 2020 to present, including the attached contracts. 2) FDA communications related to the contractor's performance before award or after award. (Date Range for Record Search: From 1/1/2020 To 8/5/2021)."

The Assistant Secretary for Preparedness and Response conducted a search and reports there are no records responsive to your request.

While we believe an adequate search of the appropriate files was conducted for the records requested, you have the right to appeal this finding that no responsive records exist within the Office of the Assistant Secretary for Preparedness and Response.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Additionally, although ASPR did not find any responsive records to your request - there is information on BARDA's COVID-19 Medical Countermeasure Portfolio(https://www.medicalcountermeasures.gov/App/barda/coronavirus/COVID19.aspx), which was updated on September 17, 2021, that reflects the status of BARDA funded projects.

The BARDA Portfolio Partners listed in the white tiles (referring to the information in the link above) have met their deliverables or are currently in progress to meeting their deliverables. The greyed out tiles are projects BARDA is no longer supporting. Please see press release links regarding a few of the greyed out tiles:

Eli Lilly and Company - https://investor.lilly.com/news-releases/news-release-details/lilly-requests-revocation-emergency-use-authorization

Merck and IAVI - https://www.iavi.org/news-resources/press-releases/2021/merck-and-iavi-discontinue-development-of-covid-19-vaccine-candidate-v590

Merck Sharp & Dohme Corp - https://www.merck.com/news/merck-to-discontinue-development-of-mk-7110-for-covid-19/

Regeneron Pharmaceuticals (Sarilumab) - https://www.sanofi.com/en/media-room/press-releases/2020/2020-09-01-07-00-00

Please mark the correspondence, "Freedom of Information Act Appeal." Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

>    Ms. Carol Maloney
>    Deputy Agency Chief FOIA Officer
>    U.S. Department of Health and Human Services
>    Office of the Assistant Secretary for Public Affairs
>    HHS.ACFO@hhs.gov

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

>    HHS FOIA/PA Public Liaison
>    FOI/Privacy Acts Division
>    Assistant Secretary for Public Affairs (ASPA)
>    Office of the Secretary (OS)
>    U.S. Department of Health and Human Services (HHS)
>    Telephone:  (202) 690-7453
>    Fax: (202) 690-8320
>    E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>    Office of Government Information Services
>    National Archives and Records Administration
>    Telephone:  202-741-5770
>    Toll-Free: 1-877-684-6448
>    E-mail: ogis@nara.gov
>    Fax: 202-741-5769

There are no charges in this instance because the billable costs are less than our threshold of $25.

>    Sincerely yours,
>
>    Arianne Perkins
>    Director, Initial FOIA Requests
>    FOI/Privacy Acts Division

**FW: Freedom of Information Act Appeal**

# Exhibit 4

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Wednesday, October 20, 2021 11:11 AM
**To:** HHS.ACFO@hhs.gov
**Cc:** Mcduffie, Franklin (OS/ASPR/EXSEC) <Franklin.McDuffie@hhs.gov>; Habib, Nida (OS/ASPA) (CTR) <Nida.Habib@hhs.gov>; Kane, Elleen (OS/ASPR/OEA) <Elleen.Kane@hhs.gov>; Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>; Daniel.Barry@hhs.gov; Sarah.Lovenheim@hhs.gov
**Subject:** Freedom of Information Act Appeal

Ms. Carol Maloney Deputy Agency

Chief FOIA Officer

U.S. Department of Health and Human Services Office of the Assistant Secretary for Public Affairs

Dear Ms. Maloney,

This is an appeal under the Freedom of Information Act. My request was assigned the following number: Case No. 2021-01528-FOIA-OS. On October 12, 2020, I received a response from Arianne Perkins Director, Initial FOIA Requests FOI/Privacy Acts Division. I appeal the denial of my request, specifically that there were no responsive records. (See attached)

While the FOIA response is written on HHS public affairs letter head and asserts they were unable to find responsive records, I have since been told by the same HHS public affairs office that is inaccurate and that such records do exist. I am a journalist and plan to write about this matter and the HHS public affairs revealed to me in a statement that such documents do exist:

"Before issuing ASPR/BARDA contracts, proposals are assessed, in part, for the likelihood of success which can include a review of communications between FDA and the company about the product candidate. In ASPR/BARDA contracts, companies are encouraged to provide all such communication to us for a continued level of assurance that product development is on track. **BARDA has subject matter experts who review such communications and, if needed, can provide recommendations to companies on how to resolve issues if any arise. In addition, after contracts are awarded, we do regular evaluations and audits, which can include periodic site visits, as specified in contracts. BARDA works with the product developer to make sure that the documents submitted to FDA are of high quality and address any concerns identified by FDA…Performance of the sponsor under the contract is captured in contractor performance assessment reports during the period of performance and at the end of the contract.**"

Disclosure of the documents I requested is in the public interest because the information is likely to contribute significantly to public understanding of the operations or activities of government and is not primarily in my commercial interest since I am a journalist writing about COVID-19 supplies. The documents that were withheld must be disclosed under the FOIA because they involve the expenditure of taxpayer money on COVID-19 medical supplies. This topic is a matter is of great public interest, given it involves the vetting of contractors that received taxpayer money to develop or manufacture COVID-19 supplies including vaccines.  Considering the toll that COVID-19 has taken on our country, it could argued that it is a matter of grave public health significance – even a matter of life or death.

Since the public affairs office itself has reversed itself at the 11th hour, I request that HHS urgently respond to my FOIA appeal. I filed my FOIA on August 5 and have waited more than two months for the no records response, only to be told days later by the same division of HHS that the records do exist. I request expedited processing as a member of the media and the fee waiver usually granted to journalists. However, I am willing to pay the usual fees charged the media if necessary.

I have attempted to resolve the matter without appeal by reaching out to the original FOIA officers, who were told in phone conversations and emails what documents I was interested in exactly (see exchange below.) I have not received a response since this denial. I have also attempted to resolve the matter with the public affairs office, which contends it cannot intervene and disclose to the FOIA office that there are responsive documents. (See below interaction with public affairs office. I am told her response to me was cleared by a higher-level official.) I request that you take my news organization out of this Catch-22 legal position and order the documents be processed in an expedited manner given its obvious public health importance.

Thank you for your attention.

Marisa Taylor
Correspondent

Thomson Reuters

https://www.reuters.com/

(202) 843-6350

(202)615-7063 cell

1333 H St. NW

Washington, DC 20005

Email: Marisa.Taylor@tr.com

Twitter: @marisaataylor

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                              Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Case No.  2022-00016-A-OS

**November 8, 2021**                                                                                **Exhibit 5**

Marisa Taylor
Correspondent
Thomson Reuters
1333 H St. NW
Washington, DC 20005

Email: Marisa.Taylor@tr.com

Dear Marisa Taylor:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) appeal, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division. We received your appeal on **November 4, 2021.** Your appeal challenges the Assistant Secretary for Preparedness and Response (ASPR's) response to your original request # 2021-01528-FOIA-OS. Your appeal has been assigned the above-stated case number based on when it was received in this office.  Please reference this number on your correspondence.

Your appeal challenges the adequacy of search conducted from ASPR's response to your original FOIA request.

Pursuant to 5 U.S.C. § 552(a)(6)(B)(i) and 5 U.S.C. § 552(a)(6)(B)(iii) of the FOIA and 45 CFR 5.24(f) of the HHS FOIA regulations, your appeal falls under "unusual circumstances" in that our office will need to consult with another office or agency that has substantial interest in the determination of the appeal. The actual processing time will depend on the complexity of the issues presented in the appeal and consultation with other U.S. Department of Health and Human Services (HHS) components involved. Each appeal is handled on a first-in, first-out basis in relation to the other open appeals in the processing queue.  Currently, there are approximately 421 of open appeals in the processing queue. For more information about how your appeal will be processed please refer to the HHS FOIA regulations (https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations).

As a final note, if you are not already submitting your appeals through our Public Access Link (PAL), we recommend all future appeals be submitted through PAL - https://requests.publiclink.hhs.gov/. Submitting appeals through PAL automatically logs your appeal into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your appeal, receive your response directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

If you have any questions, please email us at FOIARequest@hhs.gov.

Sincerely yours,

*Wakema Williams for*

Alesia Y. Williams
Director, FOIA Appeals and Litigations
FOI/Privacy Acts Division

# Exhibit 6

**From:** Kane, Elleen (OS/ASPR/OEA) <Elleen.Kane@hhs.gov>
**Sent:** Friday, October 15, 2021 6:26 PM
**To:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** [EXT] RE: COVID "countermeasure" contracts

**External Email:** Use caution with links and attachments.

Marisa, your conclusions are inaccurate. The following is from an HHS spokesperson:  Because the companies hold the intellectual property rights and are the responsible parties for meeting FDA expectations, the companies (also called the sponsors) must communicate with FDA directly about product development. Before issuing ASPR/BARDA contracts, proposals are assessed, in part, for the likelihood of success which can include a review of communications between FDA and the company about the product candidate. In ASPR/BARDA contracts, companies are encouraged to provide all such communication to us for a continued level of assurance that product development is on track. BARDA has subject matter experts who review such communications and, if needed, can provide recommendations to companies on how to resolve issues if any arise. In addition, after contracts are awarded, we do regular evaluations and audits, which can include periodic site visits, as specified in contracts. BARDA works with the product developer to make sure that the documents submitted to FDA are of high quality and address any concerns identified by FDA. However, it is the responsibility of the sponsor to directly interact with FDA. Performance of the sponsor under the contract is captured in contractor performance assessment reports during the period of performance and at the end of the contract. It's important to keep in mind that all medical products must be meet FDA's high standards, whether under emergency use authorization or approval, in order to be made available to the American people.

Best, Elleen

202-821-9446

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Thursday, October 14, 2021 11:25 AM
**To:** Kane, Elleen (OS/ASPR/OEA) <Elleen.Kane@hhs.gov>
**Cc:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** RE: COVID "countermeasure" contracts

Please clarify what this means. Does that mean you will respond? If so, to what questions and by when? This has nothing to do with being patient. I'm just doing my job and will have to move ahead on a story either way. Again, HHS has had plenty of time to respond to my questions over months and has simply chosen not to.

Thanks

**From:** Kane, Elleen (OS/ASPR/OEA) <Elleen.Kane@hhs.gov>
**Sent:** Thursday, October 14, 2021 11:15 AM
**To:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** [EXT] RE: COVID "countermeasure" contracts

**External Email:** Use caution with links and attachments.

Marisa, I appreciate your patience.

Best, Elleen

202-821-9446

**From:** Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Sent:** Thursday, October 14, 2021 11:06 AM
**To:** Kane, Elleen (OS/ASPR/OEA) <Elleen.Kane@hhs.gov>
**Cc:** Michael, Gretchen (OS/ASPR/OEA) <Gretchen.Michael@hhs.gov>; Taylor, Marisa (Reuters) <Marisa.Taylor@thomsonreuters.com>
**Subject:** RE: COVID "countermeasure" contracts

Hi again,

Can you acknowledge my email and let me know? As it stands I will have to say in the story: **After more than two months of processing a FOIA, HHS's official response to Reuters was that it did not have any records of any analysis, documents or reports related to the performance of contractors or subcontractors awarded COVID-19 contracts for testing devices, medicines, vaccines, syringes, or respirators. HHS also said it did not have any record of any interaction with the FDA related to the same contractors' performance before award or after award.**

As you can see below my attempts to get information on this topic of BARDA/HHS countermeasure contractors and manufacturing go back to July. I have tried to share information I have gathered on my own in an attempt to get answers. I shouldn't have to because I'm a journalist looking into the expenditure of taxpayer money. However, I wanted to make sure HHS had an opportunity to talk about this important issue. All I've heard is we'll get back to you.  No one ever gets back to me with any answers.

It is HHS' prerogative to not respond. However, if HHS plans to actually provide answers to any of my questions or allow me to talk to anyone I need to know now.

Thanks