IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REUTERS NEWS & MEDIA INC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 22-0587 (ZMF) |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Production Order is GRANTED. Defendant HHS is hereby ORDERED to process the potentially responsive records at a rate of 5,000 pages per month and produce to Plaintiff all non-exempt records.

SO ORDERED.

_____      _____
Dated                                                      UNITED STATES MAGISTRATE JUDGE