UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REUTERS NEWS & MEDIA, INC.,

              Plaintiff,

     v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

            Defendant.

Civil Action No. 22-0587 (TSC-ZMF)

## [PROPOSED] ORDER

UPON CONSIDERATION OF Plaintiff's motion for production order, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED.

_____
DATE

_____
ZIA M. FARUQUI
United Stated Magistrate Judge